IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVEN TODD ROSEBORO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.  2:12-cv-361-WHA |
| ) | [wo] |
| PIKE COUNTY SHERIFF ) | |
| RUSSELL THOMAS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**OPINION and ORDER**

On August 17, 2012, the Magistrate Judge filed a Recommendation in this case that this case be dismissed without prejudice pursuant to 42 U.S.C. § 1997e(a) for Plaintiff's failure to exhaust an administrative remedy available to him at the Pike County Jail.  (Doc. 10). No timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and the case is thereby DISMISSED without prejudice.  A Judgment in favor of the Defendants shall be forthcoming.

DONE this 11th day of September, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
UNITED STATES DISTRICT JUDGE